Michael S. Walker, Plaintiff
v. Civil Action, File No. _____
Village of Baldwinsville, Police, etc., Defendant       Judicial Intervention Demanded

Complaint

To whom it may concern,

On 9/12/2022 into 9/13/2022 the Village of Baldwinsville Police violated my Constitutional Rights during a traffic stop. Specifically My 1st, 4th, and 8th Amendment Rights, etc. I also consider it a form of Fraud for the Police to tow my vehicle and then tell me I need to pay to get it back. My name is Lucifer and if I Drive out Devils by the Spirit of God then the Kingdom of God has come upon you. The Power of Sin is the Law. But thanks be to God who gives us the Victory through our Lord Jesus Christ. With that being said it is clear that the Bible dictates my actions. So, while I was practicing My Religious Beliefs and using the equipment(my car is part of my gear) that the Lord told me to take I was also in the process of making a food delivery for Grubhub. Upon arrival at my customer's house the Baldwinsville Police used excessive force and engaged in Police Brutality against me. They ripped me out of my vehicle and beat me up. I was left with black and blue marks all over my body, sprains, and aches, etc. I am also disabled with previous spinal injuries, etc. The Baldwinsville Police even chipped my front teeth. The Police then began using Discriminatory tactics against me. The Village of Baldwinsville Police violated My Constitutional Rights.

In Conclusion : Due to the Excessive Force/Police Brutality and the chipping of my front teeth, the violation of My Constitutional Rights, Fraud, Cleaning/Sterilization, Damages to My Property, Lost Wages, Discrimination, etc. I am seeking Judgment for monetary compensation as damages

for the events that transpired of upwards but not limited to $15,000.00 to start plus any and all court fees & filing fees, the cost of an UBER(~$47.00), etc. and the cost of a new pair of pants. Also : Due to My Religious Beliefs I don't wear a mask. I demand to be respected and accommodated. I refuse to wear any mask or face guard due to My Religious Beliefs.

Yours Truly,

-Michael S. Walker