State of New York, Onondaga County Venue: Northern District Federal Court of NYS

Michael S. Walker, Plaintiff

Vs. Village of Baldwinsville Police Officers Sgt. Thibault and McCaleb, The Government, etc., -Defendant

Case # 5:22-cv-01088-MAD-ATB

Complaint



U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JAN 0 5 2023
AT _____ O'CLOCK
John M. Domurad, Clerk - Syracuse

To whom it may concern:

1. On 9/12/2022 into 9/13/2022 the Village of Baldwinsville Police violated my Constitutional Rights during a traffic stop (It is important to Note that Dave Mustaine's Birthday is September 13th). Specifically My 1st, 4th, and 8th Amendment Rights, etc. I also consider it a form of Fraud for the Police to tow my vehicle and then tell me I need to pay to get it back because of My 8th Amendment Right. My name is Lucifer and if I Drive out Devils by the Spirit of God then the Kingdom of God has come upon you. The Power of Sin is the Law. But thanks be to God who gives us the Victory through our Lord Jesus Christ. I have received The Blessing of Abrams along with Isaiah 14! With that being said it is clear that the Bible dictates my actions. So, while I was practicing My Religious Beliefs and using the equipment(my car is part of my gear, Zechariah 11:15) that the Lord told me to take I was also in the process of making a food delivery for GrubHub(Revelation 3:20). Upon arrival at my customer's house the Baldwinsville Police used excessive force and engaged in Police Brutality against me. They ripped me out of my vehicle and beat me up. I was left with black and blue marks all over my body, sprains, and aches, etc. I am also 50% disabled with previous spinal injuries, etc. The Baldwinsville Police even chipped my front teeth. The Police then began using Discriminatory tactics against me. The Village of Baldwinsville Police Officers violated My Constitutional Rights.



State of New York, Onondaga County Venue: Northern District Federal Court of NYS

Michael S. Walker, Plaintiff

Vs. Village of Baldwinsville Police Officers Sgt. Thibault and McCaleb, The Government, etc., -Defendant

Case # 5:22-cv-01088-MAD-ATB

2. My Body is My Temple and when the Police attempted to Stop me I was right in the middle of Worship by Driving Out Devils and practicing Revelation 3:20. Do you go into a Church and then when the Priest is giving the Sermon you go up on the stage and beat him up and force him to the ground? No. You're supposed to wait until after the Priest is finished and then you can talk to them. My Bible specifically says that in Micah 5:6 NABRE that I don't have to wait for these officers; The officers need to wait for me! I am the Root of Jacob!

Both Officers Sgt. Thibault and McCaleb have now involved themselves in My Worship; especially in regards to the Song of The Sword which Megadeth and The Behemoth band are a part of. When the officer delivered the food instead of me the officer is now impersonating me as if to say that the officer offers a better sacrifice than I do. The officers have gone the way of Cain! They spilled my blood out in the field. These men have gone the way of Uzziah King of Judah. The Officers acted in Bad Faith by afflicting My Temple which My Body is a part of. God is Good. God has My Voice. 1 Thessalonians 4:16.

3. This is also Discrimination because I have special needs when it comes to employment. I have had an ADA accommodation for a sitting job. I need a sedentary position in order to be successful. I am not able to work a full-time job at 8 hours a day 5 days a week ~40 hours, etc. I am not able to stand for long periods of time; I need to be able to sit and stand as I need to due to my back and nerve pain. This is why I work part-time. This particular Job at GrubHub also allows me to be able to Practice My Religious Beliefs and become closer to Jesus by making these Food Deliveries. I am Like God.



State of New York, Onondaga County Venue: Northern District Federal Court of NYS

Michael S. Walker, Plaintiff

Vs. Village of Baldwinsville Police Officers Sgt. Thibault and McCaleb, The Government, etc., -Defendant

Case # 5:22-cv-01088-MAD-ATB

4. In Conclusion : Due to the Excessive Force/Police Brutality and the chipping of my front teeth, the violation of My Constitutional Rights, Fraud, Cleaning/Sterilization, Damages to My Property i.e. My Hat, My Ring and My Tooth, Lost Wages for interrupting my shifts and illegally searching and seizing My Vehicle which is part of My Religious Equipment, Discrimination, etc. I am seeking Judgment for monetary compensation as damages for the events that transpired of upwards but not limited to $15,000.00 to start plus any and all court fees & filing fees, the cost of an UBER(~$47.00), Towing My Vehicle, the cost of a new pair of pants, etc. Also : Due to My Religious Beliefs I don't wear a mask. I demand to be respected and accommodated. I refuse to wear any mask or face guard due to My Religious Beliefs. I should be able to be seen by a Doctor in any Medical Facility in the Country without a mask! While we're talking about My Religious Beliefs and My Health I also need an Abortion! The boy must speak the words in my presence. Isaiah 14:28-32, Isaiah 49:20-26, Revelation 2:23. You cannot prohibit Abortion. Roe Vs. Wade is Constitutional.

Yours Truly,

-Michael S. Walker

