UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

JUDGMENT IN A CIVIL CASE

**MICHAEL S. WALKER,**
        **Plaintiff,**

vs.                                      5:22-CV-1088 (MAD/ATB)

**SGT. THIBAULT and SGT. MCCALEB,**
        **Defendants.**

**Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Defendants' motion for summary judgment (Dkt. No. 30) is **GRANTED in its entirety**; and the Court further **ORDERS** that the Clerk of the Court shall enter judgment in Defendants' favor and close this case, all of the above pursuant to the Memorandum-Decision and Order of the Honorable Judge Mae A. D'Agostino, dated the 14th day of November, 2023.

DATED: November 14, 2023

*[signature]*
Clerk of Court

s/Britney Norton
Deputy Clerk